IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER DAWN KANENWISHER,<br><br>Defendant. | CR-23-37-M-DWM<br><br>ORDER |

Defendant Hunter Kanenwisher has filed an Unopposed Withdrawal of Motion for Detention Hearing and Motion to Vacate Detention Hearing. Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that Kanenwisher's Motion (Doc. 57) is GRANTED. The October 12, 2023 detention hearing set for 8:30 a.m. is VACATED.

DATED this 11th day of October, 2023.

_____
Kathleen L. Desoto
United States Magistrate Judge