IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMIAH LAWRENCE LESCANTZ, KEVIN DEAN MCLEOD, and HUNTER DAWN KANENWISHER,<br><br>Defendants. | CR 23-37-M-DWM<br><br>ORDER |

The United States has filed an Unopposed Motion for a Preliminary Order of Forfeiture. (Doc. 76.) Defendants Jeremiah Lawrence Lescantz, Kevin Dean McLeod and Hunter Dawn Kanenwisher entered into plea agreements that provide a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED that the motion (Doc. 76) is GRANTED.

IT IS FURTHER ORDERED that Defendant Lescantz's, Defendant McLeod's, and Defendant Kanenwisher's interests in the following property are forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d):

    a) Heckler & Koch, model USP, .40 caliber pistol, SN: 22-10014;

1

    b) 9 rounds of .40 S&W ammunition;

    c) Ruger, model LCP, .380 caliber pistol, SN: 372490082;

    d) 6 rounds of .380 ammunition;

    e) Taurus, model 24/7 G2, 9mm caliber pistol, SN: TGY42956 (NCIC Stolen);

    f) Smith & Wesson, model 10-6, .38 caliber revolver, SN: D435600;

    g) Davis Industries, model DM-22, .22 caliber pistol, SN: 226107;

    h) 1 round of .22 ammunition;

    i) Glock, model 42, .380 caliber pistol, SN: AAUM280;

    j) 6 rounds of .380 ammunition; and

    k) Anderson Manufacturing, model AM-15, multi caliber rifle, SN: 16403303.

IT IS FURTHER ORDERED that the FBI or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the

Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, and in any event, this Order shall become final as to Jeremiah Lawrence Lescantz, Kevin Dean McLeod and Hunter Dawn Kanenwisher at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this 6th day of November, 2023.

Donald W. Molloy, District Judge
United States District Court