IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER DAWN KANENWISHER,<br><br>Defendant. | CR 23-37-M-DWM<br><br>ORDER |

Defendant Hunter Dawn Kanenwisher has filed an unopposed motion for a detention hearing. (Doc. 81). Accordingly,

IT IS ORDERED that the motion is GRANTED and a detention hearing is scheduled for November 15, 2023, at 1:30 p.m., at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

DATED this 9th day of November, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge