IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-37-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| JEREMIAH LAWRENCE LESCANTZ, KEVIN DEAN MCLEOD, and HUNTER DAWN KANENWISHER, | |
| Defendants. | |

This matter comes before the Court on the United States' motion for final order of forfeiture.   (Doc. 91)   Having reviewed that motion, the Court finds:

1.     The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 18 U.S.C. § 924(d).

2.     A preliminary order of forfeiture was entered on November 6, 2023. (Doc. 78.)

3.     All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 88.)

1

4.      It appears there is cause to issue a forfeiture order under 21 U.S.C.

§§ 853(a)(1) and (2) and 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.      The motion for final order of forfeiture (Doc. 91) is GRANTED.

2.      Judgment of forfeiture of the following property shall enter in favor of

the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 18 U.S.C.

§ 924(d), free from the claims of any other party, the following property:

a) Heckler & Koch, model USP, .40 caliber pistol, SN: 22-10014;

b) 9 rounds of .40 S&W ammunition;

c) Ruger, model LCP, .380 caliber pistol, SN: 372490082;

d) 6 rounds of .380 ammunition;

e) Taurus, model 24/7 G2, 9mm caliber pistol, SN: TGY42956 (NCIC Stolen);

f) Smith & Wesson, model 10-6, .38 caliber revolver, SN: D435600;

g) Davis Industries, model DM-22, .22 caliber pistol, SN: 226107;

h) 1 round of .22 ammunition;

i) Glock, model 42, .380 caliber pistol, SN: AAUM280;

j) 1 round of ACTIV, Ammunition Cal. 380; and

k) Anderson Manufacturing, model AM-15, multi caliber rifle, SN: 16403303.

3.      The United States shall have full and legal title to the unclaimed,

forfeited property and may dispose of it in accordance with law.

DATED this **23rd** day of January, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

3